[No. 23757-8-I.  Division One.  October 28, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. LORENZO
TAMAYO PEREZ, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 88-1-03910-7, Peter K. Steere, J., entered

February 8, 1989. *Dismissed* by unpublished per curiam opinion.